RECEIVED
APR 24 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BRIAN L. POPE | Civil Action No. 6:17-cv-01422 |
| versus | Judge Dee D. Drell |
| DEE EDWARD STANLEY, ET AL | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Rule 12(b)(6) Motion To Dismiss filed by Dee Edward Stanley [Rec. Doc. 11] be GRANTED; the Motion For Partial Summary Judgment filed by Brian L. Pope [Rec. Doc. 33] be DENIED; and the Unopposed Motion To Dismiss filed by Michael Dale Hebert [Rec. Doc. 43] be GRANTED.

**IT IS FURTHER ORDERED** that the Rule 56(d) Motion filed by Dee Edward Stanley and the Lafayette City-Parish Consolidated Government [Rec. Doc 39] be DENIED AS MOOT.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, on this 23rd day of April, 2018.

Dee D. Drell
United States District Judge