RECEIVED
AUG 10 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **BRIAN L. POPE** | **CIVIL ACTION NO 1:17-1422** |
| **VERSUS** | |
| **LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT** | **JUDGE DEE D. DRELL** <br> **MAG. JUDGE WHITEHURST** |

## JUDGMENT

**IT IS ORDERED** that the "Order" entered on August 30, 2018 (Doc. 89) is hereby VACATED in light of the typographical errors contained therein. Accordingly, we issue this amended judgment which reads:

For the reasons contained in the Report and Recommendation of the Magistrate Judge (Doc. 86) filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that Lafayette City-Parish Consolidated Government's unopposed Rule 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint is **GRANTED** and Plaintiff's claims against it are **DISMISSED** with prejudice.

**SIGNED** on this 10th day of August, 2018, at Alexandria, Louisiana.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT